UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

**Debtor**: RUTH MIRIAM MALDONADO ORTIZ
**Case Number**: 09-08766-ESL13          **Chapter**: 13
**Date / Time / Room**: 10/27/2010 2:00 PM eslcrt2
**Bankruptcy Judge**: ENRIQUE S. LAMOUTTE
**Courtroom Clerk**: LILLIAN MORALES
**Reporter / ECR**: ADA LOPEZ

## Matter:

DEBTOR'S REQUEST FOR AUTHORIZATION TO RETAIN 2009 TAX RETURN DK 20

*[handwritten: Refund — $4,674.00]*

## Appearances:

*[handwritten: Debtor — V. Perez]*

JOSE RAMON CARRION MORALES
MARILYN VALDES ORTEGA ✓

## Proceedings:

ORDER:

___ (Amended) dated _____ [Docket no. ___ ] ___CONFIRMED ___ NOT CONFIRMED ___ LBR 3015

___ Movant's application to withdraw motion is hereby granted. Re: Docket No. _____

___ Upon debtor[s]' failure to: ___ to appear at the 341 meeting of creditors, ___ make current payments to the Chapter 13 trustee, ___ appear at the hearing on confirmation, it is now ordered that the instant petition be and it is hereby dismissed.

The trustee is awarded $100.00 costs, ___ balance up to balance of fee to debtor[s]' attorney.

___ Debtor[s]' request for conversion to Chapter 7 is hereby granted. ___ The $25.00 conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee. The Chapter 13 trustee is awarded $100.00 costs.

___ Debtor[s]' request for dismissal is hereby granted. The Chapter 13 trustee is awarded $100.00 costs.

___There being no opposition, debtor[s]' request to set aside dismissal order [Docket # ___ ] is hereby granted.

___ The parties are granted ____ days to file a settlement agreement.

**X** Hearing on Confirmation/Contested Matter is continued to: *[handwritten: without a date —]*

___Attorney's Fees:$3,000.00; Other:__*[X]*__

*[handwritten: Debtor and trustee to inform the court on status of contested matter. If agreement is filed, no need for a hrg.]*

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge