IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

RUTH MIRIAM MALDONADO ORTIZ

XXX-XX-3990

Debtor(s)

CASE NO. 09-08766 ESL

Chapter 13

FILED & ENTERED ON 12/28/2010

## ORDER GRANTING UNOPPOSED MOTION
## NUN PRO TUNC TO 12/27/2010

This case is before the Court on the request for authorization to retain 2009 tax refund for home improvements, filed by DEBTOR, docket #26.

Due notice having been given, there being no opposition, and good cause appearing thereof, the motion is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 28 day of December, 2010.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: DEBTOR(S)
MARILYN VALDES ORTEGA
JOSE RAMON CARRION MORALES